# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9370 | **DATE** | August 13, 2012 |
| **CASE TITLE** | Rubin, et al vs. Islamic Republic, et al | | |

**DOCKET ENTRY TEXT**

Parties had until August 10, 2012, to file any objections to the discovery plan the court detailed in its order of August 2, 2012. There were no objections to the discovery plan. As such, the parties are ordered to adhere to the discovery schedule outlined herein. This discovery schedule also applies to 08 CV 1592. Plaintiffs' motion for extension of citations [594] is granted and the citations to discover assets are extended until February 15, 2013.

■[ For further details see text below.]

Notices mailed by Judicial staff.

## STATEMENT

Parties are ordered to adhere to the following discovery schedule:

1. Iran shall produce to Plaintiffs, by September 10, 2012, all documents sought in Plaintiffs' First Request for Production of Documents to Defendant the Islamic Republic of Iran that have not yet been produced, including without limitation the following: (a) all responsive documents that have been created or have come into Iran's possession, custody, or control subsequent to its prior production; and (b) the documents from the US-Iran Claims Tribunal, as previously ordered on July 26, 2007 (R. 281). This requirement does not apply to Document Requests 5, 6, 8, 9, or 10. If no further production is required, Iran must state affirmatively that its search did not reveal any further responsive documents.

2. Within 20 days after Iran has complied with Paragraph 1 above, any party may serve any other party with requests for production of documents and interrogatories regarding the immunity issue. Parties are not authorized to serve written discovery requests after this 20-day deadline.

3. If a discovery request is timely served in accordance with Paragraph 2 above, the party served with the written discovery request must respond within 30 days.

4. Plaintiffs may at any time notice the depositions of the University of Chicago, the Field Museum, and Iran regarding the immunity issue. Any deposition of Iran's witnesses must take place in The Hague, provided that Iran pays Plaintiffs' resulting expenses, as provided in the September 9, 2009 order (R. 421). Plaintiffs must complete all depositions by February 15, 2013.

5. Once oral discovery is complete, the court will close discovery in this matter and return the case to the assigned District Judge unless a party files a motion for supplemental discovery. If the movant shows good cause,

**STATEMENT**

the court may authorize additional discovery for a short period of time.